Dismissed and Memorandum Opinion filed December 18, 2008












Dismissed
and Memorandum Opinion filed December 18, 2008.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-08-01069-CV

____________

 

GALVESTON COUNTY DRAINAGE DISTRICT NO. 2, Appellant

 

V.

 

JEFFERY BLESSING, Appellee

 





 

On Appeal from the
405th District Court

Galveston County, Texas

Trial Court Cause
No. 07CV1140

 





 

M E M O R A N D U M   O P I N I O N

This is an
interlocutory appeal from an order denying a plea to the jurisdiction signed
October 27, 2008.  On December 5, 2008, appellant filed a motion to
dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 18, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.